# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Alvester Fletcher Worth**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00608-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Carmen B. Chang | ) | |
| Bank of America | | |
| Brent F. King PLLC Law Firm | | |
| Randall Hosse | | |
| D.J. Carlson | | |
| City of Charlotte | | |
| Charles B. Gibson**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Application to Proceed Without Prepayment of Fees and Affidavit and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2016 Order.

Signed: August 19, 2016

Frank G. Johns, Clerk
United States District Court